# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD EDWARDS,<br>**Plaintiff** | : | |
| v. | : | CIVIL ACTION NO. 19-CV-4923 |
| BUCKS COUNTY CORRECTIONAL<br>FACILITY,<br>**Defendant.** | : | |

## ORDER

AND NOW, this 25th day of October, 2019, upon consideration of Plaintiff Gerald Edwards's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum.

4. Mr. Edwards may file an amended complaint within thirty (30) days of the date of this Order limited to the denial of medical care during his incarceration at the Bucks County Correctional Facility between April 3, 2019 and April 8, 2019. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Edwards's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Edwards should be mindful of the Court's reasons for dismissing the claims in

10/29/19
Mailed to Plaintiff

his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Mr. Edwards a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Mr. Edwards may use this form to file his amended complaint if he chooses to do so.

6. If Mr. Edwards fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

GENE E.K. PRATTER, J.